IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANNY MCCOY,                                No. C-10-3471 TEH (PR)

       Plaintiff,

    v.                                       ORDER OF DISMISSAL

JOHN DOE,

       Defendant.
_____/

       On August 9, 2010, Plaintiff, a prisoner who was incarcerated at that time at the Metropolitan Detention Center in Los Angeles, California, filed a letter with the Court. Doc. #1. The Court Clerk notified Plaintiff in writing at that time that because he neither filed a formal civil rights complaint under 42 U.S.C. § 1983 using the court-approved form nor did he pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison account and a copy of his prison trust account statement for the last six months obtained from the appropriate prison official, the action was deficient. <u>See</u>

28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action. Doc. ## 2 & 3. On August 17, 2010, the Court's notices to Plaintiff were returned as undeliverable. Doc. #4.

Over two months have elapsed since Plaintiff was notified of his filing deficiencies; however, he has neither provided the Court with the requisite items nor filed a request for an extension of time to do so. Further, more than sixty (60) days have passed since the Court's mail to Plaintiff was returned, and Plaintiff has failed to provide the Court with a current address. See Civil Local Rule 3-11(b). The action, therefore, is DISMISSED without prejudice.

The Clerk is directed to terminate all pending motions as moot and close the file.

IT IS SO ORDERED.

DATED  *10/28/10*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.10\McCoy-10-3471-no complaint-no ifp-dismissal.wpd

2